UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>LARRY FERNANDEZ,<br><br>      Defendant. | 06 CR 484-05 (LAP)<br><br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Mr. Larry Fernandez's request, dated July 31, 2023, for a <u>nunc pro tunc</u> recommendation that his federal sentence be served in a state correction facility. The Government shall respond to Mr. Fernandez's request by September 15, 2023. The Clerk of the Court shall mail a copy of this order to Mr. Fernandez.

**SO ORDERED.**

Dated: New York, New York
    August 9, 2023

            *Loretta A. Preska*
            LORETTA A. PRESKA
            Senior United States District Judge