```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------

| United States of America, | |
|---|---|
| Plaintiff, | No. 06-CR-484 (LAP) |
| -against- | ORDER |
| Larry Fernandez, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Larry Fernandez's pro se motion, dated February 23, 2024. (See dkt. no. 251.) The Court construes Mr. Fernandez's motion as a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, or, in the alternative, a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1).

The Government shall file its opposition to Mr. Fernandez's pro se motion no later than April 15, 2024. Mr. Fernandez shall file his reply to the Government's opposition no later than May 13, 2024.

The Clerk of the Court shall mail a copy of this order to Mr. Fernandez.

**SO ORDERED.**

Dated:   March 18, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1