UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

           Plaintiff,

-against-

Larry Fernandez,

           Defendant.

No. 06-CR-484 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Clerk of the Court shall mail to Defendant Larry Fernandez a copy of the letter response filed by the Government, dated April 15, 2024, in opposition to Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, or, in the alternative, a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1).  (See dkt no. 253.)

Mr. Fernandez's deadline to file a reply responding to the Government's opposition letter is extended to June 10, 2024.

The Clerk of the Court shall mail a copy of this order to Mr. Fernandez.

**SO ORDERED.**

Dated:    May 10, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge