UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>-against-<br><br>Larry Fernandez,<br><br>                Defendant. | No. 06-CR-484 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Larry Fernandez's pro se letter, dated May 22, 2024.  (See dkt. no. 256.)  Mr. Fernandez's deadline to file a reply responding to the Government's opposition letter is extended to July 12, 2024.

The Clerk of the Court shall mail a copy of this order to Mr. Fernandez.

**SO ORDERED.**

Dated:    June 7, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1