UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                    Plaintiff,

-against-

Larry Fernandez,

                    Defendant.

No. 06-CR-484 (LAP)

ORDER

        LORETTA A. PRESKA, Senior United States District Judge:

        Before the Court is Defendant Larry Fernandez's request for
the appointment of counsel and an extension of time, (dkt. no.
256), to reply to the Government's response to his pro se motion
to vacate, set aside, or correct his sentence or, in the
alternative, for compassionate release (the "Motion"), (dkt. no.
251).  Although the Court has since received Mr. Fernandez's pro
se reply to the Government's opposition, the request is granted.

        The Court hereby appoints James M. Roth, the CJA attorney
on duty today, to represent Mr. Fernandez in connection with the
Motion.  Counsel shall have until July 19, 2024, to file any
supplemental briefing on Mr. Fernandez's Motion.  The Clerk of
the Court shall close docket entry 256.

**SO ORDERED.**

Dated:    June 12, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1