UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, | |
|---|---|
| Plaintiff, | No. 06-CR-484 (LAP) |
| -against- | ORDER |
| Larry Fernandez, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Clerk of the Court is respectfully directed to mail a copy of the order, dated June 12, 2024, (dkt. no. 260), to Mr. Fernandez.

**SO ORDERED.**

Dated:   June 13, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1