UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :   06-cr-484 (LAP)
         -v.-                       :
                                    :
                                    :   ORDER
LARRY FERNANDEZ,                    :
                                    :
         Defendant.                 :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

Mr. Fernandez's motion to amend his motion to amend his motions pursuant to 28 U.S.C. § 2255 or 18 U.S.C. § 3582(c)(1)(A) (dkt. no. 262) is granted.

The motion was amended by his memorandum in support (dkt. no. 266), and the Government has opposed (dkt. no. 269). To the extent Mr. Fernandez wishes to reply, he shall do so no later than April 25, 2025.

SO ORDERED.

Dated:    New York, New York
          April 8, 2025

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge