UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARRY FERNANDEZ,<br><br>                Defendant. | **ORDER**<br><br>06 Cr. 484 (LAP) |

       WHEREAS, the Court entered an order in the above-referenced matter on August 12, 2025 (Docket No. 278);

       WHEREAS, the United States of America, by and through Jay Clayton, United States Attorney, Daniel K. Roque, Special Assistant United States Attorney, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that order as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3742(b);

       WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may – before or after the time has expired, with or without motion and notice – extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

       WHEREAS, the Government requests the extension to enable the Solicitor General to review the Court's order and determine whether to appeal the order; and

       WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including October 11, 2025.  *See* Fed. R. App. P. 26(a)(1)(C).

Dated: New York, New York
       October 6, 2025

_____
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE